FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★  FEB 28 2019  ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---

**LEIGH DIPACE,** individually and on behalf of all others similarly situated,

　　　　*Plaintiff*,

v.

**INTERCONTINENTAL CAPITAL GROUP, INC.,** a New York corporation,

　　　　*Defendant*.

---

Case No. 2:18-cv-00248-SJ-AYS

**STIPULATION AND ORDER OF DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel to the parties in this action that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims in this action shall be dismissed with prejudice, except that the claims of other proposed class members shall be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs except as may otherwise be agreed to by the parties.

Dated: New York, New York
　　　　August 14, 2018

| | |
|---|---|
| **DeNITTIS OSEFCHEN PRINCE, P.C.** | **MANATT, PHELPS & PHILLIPS, LLP** |
| By: 　s/ Ross H. Schmierer<br>　　　Ross H. Schmierer, Esq. (RS 7215)<br>　　　315 Madison Avenue, 3rd Floor<br>　　　New York, New York 10017<br>　　　(T): (646) 979-3642<br>　　　rschmierer@denittislaw.com | By: 　s/ Christine M. Reilly, Esq.<br>　　　Christine M. Reilly, Esq.<br>　　　7 Times Square, 21st Floor<br>　　　New York, NY 10036<br>　　　(T): (212) 704-1964<br>　　　creilly@manatt.com |

**SO ORDERED:**

_____
STERLING JOHNSON, JR, U.S.D.J.

SO ORDERED
on this 26th day of February, 2019
/s/ (SJ)
STERLING JOHNSON, JR., SENIOR U.S.D.J.